

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00444-CV

**MARTINEZ IV SEWER PLANT LTD**,
Appellant/Cross-Appellee

v.

**SAN ANTONIO RIVER AUTHORITY**,
Appellee/Cross-Appellant

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI21545
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: February 11, 2026

AGREED MOTION GRANTED; APPEAL DISMISSED

On November 19, 2025, we abated this appeal to allow the parties to attempt to resolve their dispute by settlement. On February 5, 2026, the parties filed an Agreed Motion to Dismiss Appeal, in which they represent that they have settled their dispute. They ask this court to set aside the trial court's June 7, 2024 judgment without regard to the merits and "remand the case to the trial court for rendition of a judgment dismissing with prejudice all claims M4 brought against SARA and all claims SARA brought against M4[.]" TEX. R. APP. P. 42.1(a)(2)(B).

The motion is granted. We lift our November 19, 2025 abatement, set aside the trial court's June 7, 2024 judgment without regard to the merits, remand the case to the trial court for rendition of a judgment dismissing the parties' claims against each other with prejudice, and dismiss the appeal. *See id.* In accordance with the parties' agreement, we order each party to pay the costs they incurred. *Id.* R. 42.1(d).

PER CURIAM